THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MORGAN and JENNIFER MORGAN,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and HILTON GRAND VACATIONS COMPANY, LLC,<br><br>　　　　　　　Defendants. | CASE NO. C21-5783-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on Plaintiffs' stipulation to extend Defendant Hilton Grand Vacations Company, LLC's time to respond to the complaint (Dkt. No. 9). Finding good cause, the motion is GRANTED. Defendant must appear and respond to the complaint no later than December 17, 2021.

　　　　DATED this 10th day of November 2021.

　　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk