HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MORGAN and JENNIFER MORGAN,<br><br>Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and HILTON GRAND VACATIONS COMPANY, LLC,<br><br>Defendants. | No. 3:21-cv-05783-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO COMPLAINT<br><br>Complaint filed: October 21, 2021<br>Current response date: November 17, 2021<br>New response date: December 8, 2021 |

Having considered the Stipulation for Extension of Time for Defendant Experian Information Solutions, Inc. ("Experian") to Respond to Plaintiffs' Complaint, and good cause appearing therefor, **IT IS HEREBY ORDERED** that Experian shall have up to and including December 8, 2021, to answer or otherwise respond to Plaintiff's Complaint.

DATED this 18th day of November 2021.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT EXPERIAN TO RESPOND TO COMPLAINT- 1
(3:21-cv-05783-JCC)

113141050.1 0099865-10005

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

1  Presented by:

2
   STOEL RIVES LLP
3

4
   By: *s/Rachel D. Groshong*
5  Rachel D. Groshong, WSBA No. 47021
   rachel.groshong@stoel.com
6  STOEL RIVES LLP
   600 University Street, Suite 3600
7  Seattle, WA  98101
   Telephone:  206.624.0900
8  Facsimile:  206.386.7500

9  *Attorneys for Defendant Experian
   Information Solutions, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT EXPERIAN TO RESPOND TO COMPLAINT- 2
(3:21-cv-05783-JCC)

113141050.1 0099865-10005

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

# CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

**Attorney for Plaintiffs**

| | |
|---|---|
| Dawn M. McCraw, WSBA #54543<br>CONSUMER PROTECTION LAW OFFICES<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>Telephone: (480) 326-0433 | ☐ hand delivery via legal messenger<br>☐ overnight delivery<br>☐ mailing with postage prepaid<br>☒ via CM/ECF<br>dawn@consumerprotectionlawoffices.com |

DATED: November 17, 2021.

*s/Rachel D. Groshong*
Rachel D. Groshong, WSBA No. 47021
rachel.groshong@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Defendant Experian Information Solutions, Inc.*

CERTIFICATE OF SERVICE - 1
(3:21-cv-05783-JCC)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900