1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL MORGAN and JENNIFER MORGAN,<br><br>                       Plaintiffs,<br><br>          -against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and HILTON GRAND VACATIONS COMPANY, LLC,<br><br>                   Defendants. | Case No.:  3:21-cv-05783<br><br>[~~PROPOSED~~] ORDER |

Upon consideration of Plaintiff's Motion for an Extension of Time for Hilton Vacations Company, LLC ("Motion") (Dkt. No. 16), by Plaintiff and Authorities in support thereof, the Motion is GRANTED in its entirety

DATED this 16th day of December 2021.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Dawn M. McCraw
Consumer Protection Law Offices
8245 N 85th Way
Scottsdale, AZ 85258
T: 818.600.5585

1

2 DATED: December 16, 2021            Respectfully submitted,

3                                     **CONSUMER PROTECTION**
                                      **LAW OFFICES**
4

5                                     /s/ *Dawn M. McCraw*

6

7                                     Dawn M. McCraw
                                      Bar Number: 54543 WA
8                                     Consumer Protection Law Offices
                                      8245 N 85th Way
9                                     Scottsdale, AZ 85258
                                      T: 480.326.0433
10                                    E: dawn@consumerprotectionlawoffices.com

11                                    *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
~~Proposed~~ Order Case No. 3:21-cv-05783

Dawn M. McCraw
Consumer Protection Law Offices
8245 N 85th Way
Scottsdale, AZ 85258
T: 818.600.5585